Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

2020 JUL 17 A 10:49

U.S. DISTRICT COURT
N.D. OF ALABAMA

Charles Henry Jones III
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint.)

-v-

Fresenius Medical Care TRu Blu logistic
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:20-CV-1017-CLM
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Charles Henry Jones III
   Street Address: 6706 Saw Moore Dr
   City and County: Pinson Jefferson
   State and Zip Code: Alabama 35126
   Telephone Number: 205 834 2139
   E-mail Address: 30monstercruppie@gmail.com

☑ Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.

July 17 2020
**Date**

*[signature]*
**Participant Signature**

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Fresenius Medical Care / Tru Blue Logistics
  Job or Title *(if known)*:
  Street Address: 885 Corporate Woods Dr
  City and County: Alabaster, Shelby
  State and Zip Code: Alabama 35007
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 2
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 3
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

    Defendant No. 4
        Name
        Job or Title *(if known)*
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address *(if known)*

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

    Name: Fresenius Medical Care / TRu Blue Logistics
    Street Address: 885 Corporate Woods Dr, Alabaster, AL
    City and County: ~~Shelby, A~~ Alabaster Shelby
    State and Zip Code: Alabama 35007
    Telephone Number: 205 664 9106

### II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☑ Failure to promote me.
☐ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☑ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

June 3 2011 to 9/10/2019

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race
- [ ] color
- [x] gender/sex
- [ ] religion
- [ ] national origin
- no → [x] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

See attached

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:

- [ ] has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on *(date)* Sept 12 2019.
  *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

This situation has caused me to be stressed at home and at work making life harder know that I have to be twice and if not three times as good as white employees. I feel it has affected my hair loss and made me angry at times when I should be happy. I thought I would work this job and retire with at least 750,000 in 401K and 250,000 in bank account in thirty year now I have bought a truck and trying to keep small business afloat. I would like to sue for 1.5 million dollars

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 17 2020

Signature of Plaintiff

Printed Name of Plaintiff  Charles Henry Jones III

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.     For Attorneys**

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

# WIGGINS CHILDS PANTAZIS FISHER GOLDFARB
Advocates & Litigators

ROBERT L. WIGGINS, JR.
DENNIS G. PANTAZIS
ANN K. WIGGINS
SAMUEL FISHER
DEBORAH A. MATTISON
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
CANDIS A. McGOWAN
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
ROBERT J. CAMP
RACHEL LEE McGINLEY
JOSHUA R. GALE∗
L. WILLIAM SMITH
D.G. PANTAZIS JR
SIDNEY JACKSON
PATRICK L. PANTAZIS
LACEY DANLEY
EVAN D. PANTAZIS
CHRISTINA MALMAT

ERIC C. SHEFFER
STAFF ATTORNEY

SANDRA DUCA
TIMOTHY B. FLEMING∗
TERRILL W. SANDERS
OF COUNSEL
Not Licensed in Alabama∗

ROBERT F. CHILDS, JR
(1947-2018)

March 9, 2020

**VIA EEOC PORTAL SUBMISSION**
Toniko Noland, EEOC
Birmingham District Office
1130 22nd Street South
Birmingham, AL 35205

re:   Charles H. Jones v. Fresenius Medical Care d/b/a Tru Blu Logistics
      Charge No.: 420-2019-03599

Dear Investigator Noland:

Thank you for sending us Respondent's position statement. On behalf of my client, please allow me to respond to Respondent's contentions below.

Charging Party ("CP") maintains that he was discriminated and retaliated against, and disputes the claims in Respondent's position statement. CP states that he has not been the only one to file a charge of discrimination against Respondent. Leroy Burrell, Derrick Johnson, Melvin Houston, Kenneth Moore, Orlando Miles, and Allison Rudolph are all African American men who have filed EEOC Charges against Respondent alleging race discrimination. These charges detail the discrimination these men experienced, all of which include wages, hours, selection decisions, disciplines, etc., and should be reviewed by the investigator because they contain more details about the discriminatory environment at Respondent.

For example, in addition to CP's claims, Melvin Houston states that he was only getting around 35 hours per week while another white employee, Jeff Blackerby, had been getting 60. Orlando Miles applied for a truck driver job in Knoxville, but the job was given to Jamie Martin, a white female, who was less qualified than Mr. Miles and hired off the street. Kenneth Moore, who wasn't driving at the time of his write-up, was disciplined for being over 11 hours while white employees commit the same or similar infractions and are not written up.

However, there are perks that black drivers don't receive that white drivers do, such as: the loads that white drivers receive are loads that are faster on loading and unloading. Respondent states that this is not an issue because drivers are paid by the hour, however, the white drivers come in with their load on the yard and are about to

March 9, 2020
Page 2

leave shortly after working while African American drivers have to come in and pick up their loads while trying to make the same distance in the morning. Essentially what happens is, if you try to make a load and you are late or don't make it as far, the African American drivers are disciplined..

CP maintains that respondent does not post jobs that are available, and if in the rare chance a job is posted, when an African American employee inquires about the posted job, Respondent tells the African American employees that "they aren't a good fit." The supervisors end up choosing who they want for the positions–white employees. And the supervisors have each other's backs. In particular, one incident when CP complained of discrimination to his supervisor Al, about the way that CP was being treated, and a week later, CP's supervisor told CP that he does not know why people complain to Al since he was only a "safety man" and essentially couldn't do anything.

CP also states that when you complain about the rules that are different for the white and the African American drivers, the complaints always get back to the supervisor and nothing changes or it gets worse for African American drivers.

In general and in regards to wages, CP maintains that African American employees are paid less than white employees, and states that not all of the men named above are listed on the average wage listing provided by Respondent as Exhibit 3. In addition, many of the white driver are not as experienced or do not have anywhere near the seniority that the African American drivers do. Please ask Respondent to update the list and add all current and former employees for the past year for a more proper comparison. Additionally, the EEOC should ask Respondent to provide time sheets for all white and African American employees to compare hours, again including all of the men listed above. Finally, please ask Respondent to provide copies of any and all complaints of race discrimination made by African Americans at Respondent, including but not limited to complaints made about or to Transportation Supervisor Sam Tidisco, Distribution Center Manager Brett Heiner, dispatcher Joe, and supervisor Daryl Johnson.

This information should be reviewed in reference to all charges.

I hope this information helps with your investigation. Thank you for your diligence in investigating this matter.

Sincerely,

/s/ Christina M. Malmat

Christina M. Malmat

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Charles Jones
6709 San Moore Drive
Pinson, AL 35126

From: Birmingham District Office
Ridge Park Place
1130 22nd Street South
Birmingham, AL 35205

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No | EEOC Representative | Telephone No |
|---|---|---|
| 420-2019-03599 | TONIKO D. NOLAND, Investigator | (205) 212-2073 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Sheri Guenster /for       April 20, 2020

Enclosures(s)       BRADLEY A. ANDERSON,       (Date Mailed)
District Director

cc: Fresenius Medical Care North America
c/o Jeff Starling
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203

Brooke Henderson
WIGGINS CHILDS PANTAZIS FISHER GOLDFARB
The Kress Building 301 19th Street North
Birmingham, AL 35203

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2019-03599 |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Charles Jones | 205 834 2139 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 6706 San Moore Drive | Pinson AL 35126 | 1980 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Frescenius Medical Care d/b/a True Blue Logistic | Over 15 | 205 664-9106 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 885 Corporate Woods Drive Alabaster AL 35007 | | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
8-30-19

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am an African American man. I worked for Respondent as a Truck Driver from 6/11/11 until my last day on 8/30/19. During my employment I was discriminated against by the Transportation Supervisor Sam Tidisco and his boss Distribution Center Manager Brett Heiner. I was discriminated against in wages, route assignments, work hours, promotions, job assignments, load assignments, evaluations and disciplines. I complained to Brett Heiner of discrimination from Sam Tidisco, but long term action was taken to stop the discrimination. In addition, higher paying jobs were filled that I would have liked to have had, but I did not opportunity to apply because those jobs are not posted such as clinic jobs and local delivery driver jobs. When I asked about these better jobs that would get me off the road, I was told I was not the right fit. Then, respondent would place a less qualified white person in that job. The company engages in a pattern and practice of discriminating against a class of African Americans in selection decisions and wages. This is done through intentional and disparate impact discrimination.

RECEIVED
SEP 12 2019
US EEOC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/11/19
Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)