FILED
2020 Sep-09 PM 04:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES HENRY JONES, III,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| v. | } | Case No. 2:20-CV-01017-CLM |
| | } | |
| **FRESENIUS MEDICAL CARE/** | } | |
| **TRU BLU LOGISTICS,** | } | |
| | } | |
| **Defendant.** | } | |
| | } | |

## ORDER

Defendant previously filed a Motion to Dismiss Plaintiff's sex discrimination claim for failure to exhaust his administrative remedies (doc. 6). The Court directed Plaintiff to show cause in writing by September 11, 2020 why his sex discrimination claim should not be dismissed for failure to exhaust administrative remedies (doc. 9). Plaintiff then filed his own Motion to Dismiss the sex discrimination claim (doc. 11). As a result, the Court hereby **GRANTS** both Motions to Dismiss Plaintiff's sex discrimination claim.

**DONE** and **ORDERED** this 9th day of September, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE